# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 7, 2022

Lyle W. Cayce
Clerk

No. 21-10791
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Dinesh Sah,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-484-1

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Dinesh Sah has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sah has filed a response. The record is not sufficiently developed to allow us to

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-10791

make a fair evaluation of Sah's claims of ineffective assistance of counsel. We therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Sah's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Sah's requests for documents and the appointment of counsel are DENIED. *See Anders*, 386 U.S. at 744; *United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).